

| | | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | *FIRM and AFFILIATE OFFICES* | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

April 5, 2024

**MEMO ENDORSED**

<u>VIA ECF</u>

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

        Re:    <u>United States v. Carlos Omar Felix Gutierrez, No. 23-cr-00180 (KPF)</u>

Dear Judge Failla:

      We are the attorneys for Carlos Omar Felix Gutierrez. I write to request permission to staff one of my associates, Arletta K. Singh, on this case to bill for her time at a billing rate of $120 per hour. Mrs. Singh has been assisting with this case since March 22, 2024. Mrs. Singh has trial experience as a second chair, and I expect that her involvement will substantially assist in providing our best defense to Mr. Felix Gutierrez in the most cost-effective manner.

      For the Court's convenience, we have included a "So Ordered" line should the Court grant our request. Thank you for your consideration.

                                    Respectfully submitted,

                                    <u>/s/ Eric R. Breslin</u>

                                    Eric R. Breslin

                                    cc:  All Counsel of Record (Via ECF)

```
The Clerk of Court is directed to terminate the pending motion at
docket entry 79.
```

Dated:    April 8, 2024        **SO ORDERED**
            New York, New York

                                                                   Hon. Katherine Polk Failla
                                                                   United States District Judge