

| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>LOS ANGELES<br>TAIWAN<br>BOSTON<br>HOUSTON<br>AUSTIN<br>HANOI<br>HO CHI MINH CITY | *FIRM and AFFILIATE OFFICES*<br><br>ERIC R. BRESLIN<br>DIRECT DIAL: +1 973 424 2063<br>PERSONAL FAX: +1 973 556 1552<br>*E-MAIL:* ERBreslin@duanemorris.com<br><br>*www.duanemorris.com* | SHANGHAI<br>ATLANTA<br>BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>FLORHAM PARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br>OMAN<br>*A GCC REPRESENTATIVE OFFICE*<br>*OF DUANE MORRIS*<br><br>ALLIANCES IN MEXICO<br>AND SRI LANKA |

May 17, 2024



**VIA EMAIL AND ECF**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re: **United States v. Carlos Omar Felix Gutierrez, No. 23-cr-00180 (KPF)**

Dear Judge Failla:

  We are the attorneys for Carlos Omar Felix Gutierrez. We write to request a 60-day adjournment of the status conference currently scheduled for Tuesday, May 21, 2024, at 2:00 P.M. This is the first request for an adjournment of the conference. The government joins in this request. Defense counsel received the substantial discovery for this case on Monday, May 13, 2024, and we need additional time for review. We propose the status conference be moved to a date convenient to the Court on or about Monday, July 22, 2024. The government also applies to exclude time under the Speedy Trial Act, and Mr. Felix Gutierrez consents. A proposed order is appended to this letter motion.

  Thank you for your consideration.

               Respectfully submitted,

               /s/ Eric R. Breslin

               Eric R. Breslin

cc:  All Counsel of Record (Via Email and ECF)

DUANE MORRIS LLP *A DELAWARE LIMITED LIABILITY PARTNERSHIP*    DAVID A. SUSSMAN, RESIDENT PARTNER

200 CAMPUS DRIVE, SUITE 300    PHONE: +1 973 424 2000  FAX: +1 973 424 2001
FLORHAM PARK, NJ 07932-1007

Application GRANTED.  The status conference scheduled for May 21, 2024, is hereby ADJOURNED to **July 30, 2024,** at **3:30 p.m.**  The conference will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between **May 21, 2024** and **July 30, 2024.** The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit Defendant time to review additional discovery with counsel.

The Clerk of Court is directed to terminate the pending motion at docket entry 85.

Dated:     May 20, 2024            SO ORDERED.
           New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE