| | Duane Morris® | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | FIRM and AFFILIATE OFFICES | BALTIMORE |
| PHILADELPHIA | | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NORTH JERSEY |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | E-MAIL: ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | www.duanemorris.com | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | |
| | | ALLIANCES IN MEXICO |
| | | AND SRI LANKA |

August 6, 2024

<u>VIA ECF</u>

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re: <u>United States v. Carlos Omar Felix Gutierrez, No. 23-cr-00180 (KPF)</u>

Dear Judge Failla:

    We are the attorneys for Carlos Omar Felix Gutierrez. I write to request permission to submit interim CJA vouchers in connection with Mr. Felix Gutierrez's representation. My associate Arletta Singh and I have already incurred meaningful attorney fees in connection with our work to date. It would be extremely helpful should I be allowed to submit interim CJA vouchers when the accrued amount is greater than Five Thousand Dollars ($5000), in accordance with the CJA eVoucher Attorney's Manual.

    For the Court's convenience, we have included a "So Ordered" line should the Court grant our request. Thank you for your consideration.

                                                         Respectfully submitted,

                                                       <u>/s/ Eric R. Breslin</u>

                                                       Eric R. Breslin

cc: All Counsel of Record (Via ECF)

DUANE MORRIS LLP    *A DELAWARE LIMITED LIABILITY PARTNERSHIP*    DAVID A. SUSSMAN, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800    PHONE: +1 973 424 2000  FAX: +1 973 424 2001
NEWARK, NJ 07102-5429

Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at docket entry 119.

Date: August 7, 2024          SO ORDERED.
      New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE