

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 12, 2024

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Carlos Omar Felix Gutierrez* 23 Cr. 180 (KPF)

Dear Judge Failla:

      The Government writes, with the consent of defendant Carlos Omar Felix Gutierrez, to respectfully request that the status conference currently scheduled for Thursday, August 15, 2024, at 3:00 p.m. be adjourned for approximately 30 days. The parties respectfully submit that the proposed adjournment would facilitate discussions regarding review of produced discovery, potential negotiations regarding a pretrial disposition, as well as a proposed motions and trial schedule if necessary. For the same reasons, the Government, with the consent of the defendant, also respectfully requests that the Court exclude time under the Speedy Trial Act until the date of the next conference.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by:   _____/s/_____
      Nicholas S. Bradley / Sarah L. Kushner /
      Alexander Li / David J. Robles
      Assistant United States Attorneys
      (212) 637-2676/-1581/-2265/-2550

cc:   Eric Breslin, Esq. (by ECF)