

*U.S. Department of Justice*

*United States Attorney
Southern District of New York*

*26 Federal Plaza, 37th Floor
New York, New York 10278*

November 15, 2024

**BY ECF**
The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007



Re:   *United States v. Carlos Omar Felix Gutierrez*, 23 Cr. 180 (KPF)

Dear Judge Failla:

The Government writes, with the consent of defendant Carlos Omar Felix Gutierrez, to respectfully request that the status conference currently scheduled for Tuesday, November 19, 2024 be adjourned for approximately two weeks, to the week of December 2, 2024, at a date and time convenient for the Court.

The parties respectfully submit that the proposed adjournment would serve the ends of justice and conserve judicial economy by allowing the parties to continue discussions regarding a potential resolution, as well as facilitate the review of produced discovery. For the same reasons, the Government, with the consent of the defendant, also respectfully requests that the Court exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

by: _____/s/_____
Nicholas S. Bradley / Sarah L. Kushner /
Alexander N. Li / David J. Robles
Assistant United States Attorneys
(212) 637-2676/-1581/-2265/-2550

cc:   Eric Breslin, Esq.
      Arletta Singh, Esq. (by ECF)

Application GRANTED.  The status conference scheduled for November 19, 2024, is hereby ADJOURNED to **December 3, 2024,** at **12:00 p.m.**  The conference will be held in person, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

It is further ORDERED that time is excluded under the Speedy Trial Act between **November 19, 2024,** and **December 3, 2024.**  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial because it will permit the parties to review discovery and consider a pre-trial disposition.

The Clerk of Court is directed to terminate the pending motion at docket entry 142.

Dated:     November 18, 2024         SO ORDERED.
           New York, New York

                                     *Katherine Polk Failla*

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE