UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>CARLOS FELIX GUTIERREZ,<br><br>Defendant. | 23 Cr. 180-14 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a change-of-plea hearing

for Mr. Felix Gutierrez on **January 21, 2026,** at **3:00 p.m.** in Courtroom 618

of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   January 9, 2026
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge