**MITIGATION REPORT ON BEHALF OF CARLOS OMAR FELIX GUTIERREZ**

7/9/2026

Prepared by: Ana Toro-Greiner, mitigation specialist

## Introduction

This mitigation report presents the life history of **Carlos Omar Félix Gutiérrez**, who pled guilty before this Court and now awaits sentencing. He is a twenty-five-year-old Mexican father of two whose upbringing was defined by chronic adversity, family tragedy, and persistent exposure to violence. While Carlos Omar has accepted responsibility for his conduct, his story –supported by official records from Colombia, Mexico and the US, as well as news reports and family interviews– provides critical context for understanding how a young man from the mountains of Mexico ended up facing a federal drug indictment in the United States. It also offers insight into the personal characteristics that he demonstrated before and during his incarceration and that point toward a successful adjustment to life after prison.

## Life right before incarceration

One sunny morning in October 2022, Carlos Omar Felix Gutierrez was surprised by his managers with a celebration at the warehouse where he worked in Culiacan, Mexico. He received a sweatshirt with the company logo and a laminated certificate naming him “Champion of Deliveries.” He also got a quick round of applause and some co-workers even chanted his name. The recognition for a job well done was very encouraging for Carlos Omar. The warehouse was affiliated with Amazon, and even though Carlos Omar had been working since childhood, this would be the first time that he held a job at a major corporation with potential for advancement.




*Carlos Omar in October 2022, when he was recognized for his work at Kaliroy, an Amazon-affiliated warehouse in Culiacan, Mexico.*

Carlos Omar now sees that moment as a crossroads in his life, and more than anything he wishes that he had made different choices at the time. According to the indictment, the same month that he received the certificate, he became involved in the offense. Almost four

years later, he finds himself incarcerated in a foreign land, convicted of a serious crime and not knowing when he will be able to see his children again.

The regret he feels for his conduct is ever-present and particularly acute when he talks to his family, who live in Mexico and are too poor to travel to the US to visit him. They haven't seen each other since April 2023. He still thinks about that morning at the warehouse, about how hopeful he had felt thinking that the accolades at work could pave the way to a promotion and out of the poverty in which he had lived all his life in Mexico – a situation that was worsened by his dad's murder when he was a child and exacerbated by the pandemic.

Despite the pats on the back from his managers, the reality was that his warehouse delivery job only paid him the equivalent of $20 per day[1], and his complex family situation demanded more. At the time, Carlos Omar was only 21 years old but already shouldering the type of financial responsibility that usually comes much later in life, if ever. A series of circumstances resulted in Carlos Omar entering his twenties as a father of two and the primary breadwinner in a household of seven. He was ill-equipped to handle that level of pressure at such a young age, and lived in constant worry that his children and younger brothers would grow up enduring the hardships that he had lived through. The pandemic made his family's situation even more precarious. These stressors clouded his judgment, and while he searched for legal ways to earn more money during the Covid shutdowns in Mexico, at some point he turned to criminality. He understands that the inability to make ends meet is never an excuse for any type of illicit conduct. It is a decision that he regrets deeply because his worst fears became realities – his absence has created major problems for his family and his sons are growing up without their father, just like it happened to him when he was a young boy.

**A hardscrabble childhood in Mexico's violent "Narco-Paradise"**

One of Carlos Omar's earliest memories is visiting his father in jail at the Centro Penitenciario in Sinaloa when he was about seven years old. The journey to the prison took approximately seven hours each way, traveling up and down unpaved roads. Carlos Omar used to get severely carsick during these trips, which took place on overcrowded tarp-covered buses that offered little protection from dust and heat. Despite the difficulty, he would beg his mom to take him to see his dad, whom he adored.

Carlos Omar's understanding is that his dad was incarcerated for cultivating marijuana in the area of Tamazula, the municipality where Carlos Omar's family comes from and where he grew up; however, a 2007 news report paints a more complicated -and brutal- picture of the level of involvement that Carlos Omar's paternal family had in the drug trade. The

[1] *See* Mitigation Exhibit 1 – Carlos Omar's earnings report from the Mexican Institute of Social Security

article[2] was published on October 20, 2007 in the Mexican newspaper El Siglo de Torreon and it dubbed Tamazula "Mexico's narco-paradise." It described how Tamazula's terrain and climate facilitated the cultivation of illicit crops like marijuana and poppy, and reported that major drug kingpins have chosen to operate there because the area is difficult for security forces to access in order to destroy plantations.

The news story also detailed how tangled up Carlos Omar's paternal family was in the area's drug business. It named Carlos Omar's uncle, Carlos Felix Teran, as the sole survivor of a drug-related mass shooting in which five people died; in July 2007 Carlos Omar's own dad, Omar Rigoberto, was present during a shooting where three other men were killed.

A year after that shooting, Carlos Omar's dad went to prison and was gravely injured when the yard where he was housed was hit by two grenades[3]. He managed to get on his feet when he realized that grenades were about to explode, but as he ran away the devices went off and the explosion impacted his back and legs. Carlos Omar still remembers visiting his dad in jail after the grenade attack and seeing countless tiny wounds all over his dad's body from the shrapnel; he recalls his dad looking depressed and in pain from the attack, which persisted even after dad was released from jail around 2011.

In many ways, Carlos Omar's current predicament embodies the findings of studies[4] suggesting that children of incarcerated parents are more likely to end up behind bars as adults. Some researchers believe that one explanation for the link between parental incarceration and future criminal behavior by their children is that crime-involvement is a reflection of the grief experienced by children compounded by practical implications such as loss of income or housing. The combination of the loss of a parent's presence in the home and the constant money struggles "can lead to disengagement from school and a mistrust of authority. This in turn increases the potential to be involved in at-risk behavior."

Carlos Omar was approximately between the ages of 7 and 11 when his dad, the breadwinner of the family, went to prison. His mom, Silvia, had to scramble to get work and raise Carlos Omar and his younger brother in an area where almost 60 percent of the

---

[2] *See Tamazula: Narco-paradise in Northern Mexico*, El Siglo de Durango (October 20, 2007), *available at* *https://www.elsiglodetorreon.com.mx/noticia/2007/tamazula-narcoparaiso-del-norte-de-mexico.html*

[3] *See Investigation into grenade attacks at the Culiacan prison*, Informador (October 19, 2008), available at *https://www.informador.mx/Mexico/Investigan-granadazos-en-penal-de-Culiacan-20081019-0144.html*

[4] *See* S. Beresford, N. Loucks, B. Raikes. *The health impact on children affected by parental imprisonment*, BMJ Paediatr Open (February 10, 2020), *available at* https://pmc.ncbi.nlm.nih.gov/articles/PMC7047477/

population already lived in poverty[5]. Silvia had to work long hours at a ranch and later at a butcher shop to provide for her children. Although the family's basic needs were generally met through her determination and occasional assistance from Carlos's grandparents, financial resources were extremely limited. His maternal grandmother ran a small neighborhood store selling soft drinks and other basic items, while his paternal grandfather and extended family provided additional support whenever possible. Carlos Omar recalled that clothing was worn "until the last thread," and every available resource was stretched to meet the children's needs. Around 2010, their needs became critical when Carlos Omar's younger brother Jesus, who was five years old at the time, started going blind. Carlos Omar's mom, Silvia, recounted by phone how Jesus's eyes were turning white and he was unable to see clearly. The doctors at the small clinic in their town kept telling her that surgery was urgent, but that it had to be done in the city. With Carlos Omar's father still in jail, and with her daily struggle to put enough food on the table, she knew that the surgery would be unaffordable. These were very trying times for the whole family, and Carlos Omar remembers the stress and helplessness he felt as a young boy seeing his mom crying because his brother was going blind. Eventually, the family was able to pool enough money together for mom and Jesus to move to the city to have the surgery. Since then, Jesus has had about seven surgeries on both eyes and now uses an intraocular lens to see.

Tight finances while dad was imprisoned also affected where Carlos Omar lived. Before dad went to jail, Carlos Omar's family lived separately in their own home in El Durazno village in Tamazula. But afterwards, mom was unable to pay the rent, so they started moving around from one relative's home to the next. They would spend one week here, another week there to avoid overstaying their welcome, an experience that was very disruptive for Carlos Omar. He never felt like he was on the edge of homelessness because there were so many relatives around, but he often felt like he was a burden on the relatives who took him in. His mom often reminded him that he had to do what he could to earn his keep, and that meant accompanying his grandparents when they worked in the fields, cleaning around the households where they were given temporary stays and helping his mom at the butcher shop. He remembers being about seven years old and carrying pails of water for the animals and lending a hand wherever the farm needed it. To this day he is grateful for those experiences because they taught him the value of hard work at an early age.

His life went on like this for several more years while his dad was in jail. The family stayed in Durango and their rural life continued to be marked by financial struggles, his brother's

---

[5] *See* DataMexico – Government of Mexico, *available at* https://www.economia.gob.mx/datamexico/en/profile/geo/tamazula

health problems, and unstable housing. Despite the turmoil of his home life, Carlos Omar worked hard to do well at school, and he succeeded. He got passing grades, with records from the Francisco Villa Elementary School showing that his grade point average was 7.6 out of 10 and that he did well behaviorally and socially. In a letter to the court[6], one of his teachers wrote that he has known Carlos Omar since childhood and that he was "a person with firmly grounded principles and values, whose character was serious but friendly and helpful to his classmates and to the community, he was always well-behaved and respectful towards his teachers." In another letter, written by an aunt who attended school with Carlos Omar because they were very close in age, Carlos Omar was also described as well-behaved and respectful to teachers, showing a natural deference to authority figures.

In later sections of this report, records will be introduced to show that kindness to others, respect for authority and a dedication to hard work continue to be part of how Carlos Omar moves in the world, no matter his surroundings.

**Coming of age after dad's death**

Carlos Omar's dad was released from prison around 2011, and his return restored some stability to the family. Within the home, this was a period of calm and joy. Dad started working on the family farm right away and his marriage to Silvia remained strong despite the separation during his confinement; a year after his release, they welcomed another son, Yosmar. However, the violence in their community had escalated to the point of savagery, as reflected in news stories from this period describing the carnage of the ongoing drug war. One of the bloodiest incidents happened in 2011[7] when eight headless bodies were discovered hanging off a bridge in Carlos Omar's home state of Durango. By this time, two of Carlos Omar's paternal uncles -Carlos and Cristian Giovanni- had also been killed in narco-confrontations.

The violence started to hit even closer to home around 2012, when armed criminal groups in the mountains began requiring extortion payments from Carlos Omar's dad. When he refused, the group's demands became more frequent until eventually they carried out their threats of violence. Carlos Omar's dad's body was found by townspeople up in the mountains a couple of days after he disappeared. They contacted the family right away, but they knew that calling the police would be useless. The vultures would get to the body before the first cop got to the scene. Their community was so rural and small -population

[6] *See* Mitigation Exhibits – Letters to the Court

[7] *See* David Batty. *Mexico's drugs war escalates as eight headless bodies discovered in Durango*, The Guardian (May 12, 2011), *available at* https://www.theguardian.com/world/2011/may/12/mexico-murder-drugs-cartel

1200- that there were no funeral homes that could guide them in the dignified handling of their loved one's body. Not knowing where else to go, they rushed to take the body to a hospital hoping that doctors or nurses could help them clean the body and prepare it for burial, maybe even write something down so the incident could be investigated.

"We wanted to investigate but because of the children we decided that it was better to leave it alone," Silvia says of her husband's murder. "We feared they [the killers] would try to come after us."

But as soon as they showed up to the hospital and said they needed help with a gunshot victim, they were turned away. The hospital staffer informed them that they could not take gunshot victims out of fear for their safety, that many incidents had been reported of gunmen following ambulances to hospitals to "finish off" victims as they lay dying in the ER. The New York Times recounted the harrowing experiences of those caught up in the shootings in an article headlined *Hospitals Now a Theater in Mexico's Drug War*[8].

After being turned away from the hospital, the family began an unimaginable journey back to the village of El Durazno with his dad's body. Relatives gathered in the home of Carlos Omar's paternal grandparents to pray and grieve as they cleaned his dad's body with holy water; someone even tried to remove the bullets. Carlos Omar's mom sheltered him from these rituals because she knew how traumatic it would be for him to see and touch his dad's corpse, but he knew exactly what was happening in his grandmother's living room. It broke his heart that after such a long stint behind bars, his dad only had a couple of years at home before meeting such a tragic end.

As the family coped with their grief, they also had more immediate problems to face. Once again, they found themselves without their provider and protector, except that this was much worse because dad was never coming back. His then 8-year-old brother Jesus continued dealing with eye problems that required surgeries. His then 2-year-old brother Yosmar was showing signs of problems with his feet, which were unusually flat and caused him to fall frequently; he was prescribed special orthopedic shoes that were pricey. Silvia remembers a then 13-year-old Carlos Omar asking her, "What are we going to do? How are we going to get by?" She did what she had done the last time she suddenly found herself on her own: she started working everywhere she could, moving her kids around and relying heavily on Carlos Omar to help her through it all.

---

[8] *See* Marc Lacey, *Hospitals Now a Theater in Mexico's Drug War,* The New York Times (December 4, 2008), *available at* https://docs.google.com/document/d/1oYmO5eYa_rSZ5FI--ZmZ0FaVfdY77gBWtXi46Tnk_eA/edit?usp=sharing and https://www.nytimes.com/2008/12/05/world/americas/05mexico.html?smid=nytcore-ios-share

By the time he was finishing middle school, Carlos Omar had already seen his dad, uncles and many others around him try to fix their money problems by entering the drug business. He also saw that they paid with their freedom and even their lives, and as he grew into a young man, he was determined to avoid their fate. He saw honest work as the answer, lessons instilled in him by his maternal grandparents and his mom. His aunt Justina Nunez Teran wrote a letter to the Court describing Carlos Omar as a hard worker from a young age, working on the family farm feeding chickens and pigs. After finishing middle school there was no senior high school for Carlos Omar to attend in his area. He went to a nearby senior high school for a brief period, but ended up dropping out at 15 when the expenses became too much for the family to afford. He started working odd jobs, including at a carwash, using the money he earned to help his mom and brothers.

A couple of years after dropping out of school, when Carlos Omar was about 17, his mom had had a baby with a man who turned out to be a deadbeat. Carlos Omar saw her struggling yet again with a new baby and no man to help her out, so he stepped up by doing more to help around the house and earn more money for the new baby at the carwash or on the farm. Records from the Mexican Institute of Social Security[9] show that he was consistently employed from 2020 –when he worked at a supermarket at age 19– until his arrest, demonstrating a hard work ethic and steady work history spanning years in a relatively young life.

Though Carlos Omar's devotion to his family and their wellbeing is admirable, under a mental health lens it can be seen as an example of parentification[10] – when a parent "makes children engage in physical tasks that typically fall to adults in the family, including tasks such as cooking and cleaning, caring for siblings or caring for the parent themselves." Parental loss through incarceration or death is a common source of parentification[11], which is considered particularly harmful when youth are forced to assume responsibilities beyond their developmental abilities.

---

[9] *See* Mitigation Exhibit 1 – Carlos Omar's earnings report from the Mexican Institute of Social Security

[10] *See* Ahona Gutha, *The Parentified Child in Adulthood: Understanding the psychological impacts of being parentified as a child*, Psychology Today (June 22, 2026), *available at* https://www.psychologytoday.com/us/blog/of-prisons-and-pathos/202107/the-parentified-child-in-adulthood

[11] *See* JK Dariotis JK, et al, *Parentification Vulnerability, Reactivity, Resilience, and Thriving: A Mixed Methods Systematic Literature Review*. Int J Environ Res Public Health (June 21, 2023), *available at* https://pmc.ncbi.nlm.nih.gov/articles/PMC10341267/

Before he even turned 18, Carlos Omar was put in a position of helping to raise and financially support three little brothers, ages infant to 12. Because of the age difference and because they saw Carlos Omar taking on adult responsibilities, his little brothers considered him a father figure. He would take care of them when his mom was busy at work, and he would often use his own money from various jobs to buy them clothes.

Around the time he turned 18, Carlos Omar started dating Jacqueline, his current partner and mother of his biological son Abdiel. When they met, she had a son from another relationship whom Carlos Omar raised as his own from the beginning. They all moved in together when Jacqueline was pregnant with Abdiel in 2019; Carlos Omar's goal was to save up enough to marry Jacqueline and continue taking care of his family. By then, Jacqueline and Carlos Omar had moved to the city of Culiacan with their two kids; she worked part time as a cashier and he got a job as a warehouse delivery driver. His mom and three younger brothers stayed behind in Durango, where mom worked in a restaurant and lived with her family.


*Carlos Omar, age 20, with his then 1-year-old son Abdiel.*

But then the pandemic hit and the plans that Carlos Omar and Jacqueline had -like saving up to get married and move to a better house- would have to be put on hold. Work became scarce, schools closed and two kids at home meant a reduced ability to go out and make a living. Records show that Carlos Omar managed to stay employed during this period, whereas Jacqueline remembers getting occasional retail jobs. Their situation became even more complicated when Carlos Omar's mom reached out to him for help about a year into the pandemic. She was really struggling in their rural hometown after the restaurant and butcher shop where she worked closed; there was also talk that the town was closing its main road to keep people -and the virus- away, which meant that residents would essentially be locked within the confines of the town indefinitely. She asked if she and Carlos Omar's two youngest brothers could move in with him, Jacqueline and their two boys in Culiacan. As she explained her predicament, Carlos Omar understood that if she came to stay with them she would be unemployed, that there would be two other children to care for and that whatever he had put away for a rainy day or for a wedding to Jacqueline would probably have to be used to keep his now seven-person household afloat. As he had done so many times before, he agreed and they came to live with him from 2021 to 2022. The stress of being the only person steadily working while helping support six others took a

toll on Carlos Omar and he began his involvement in the offense that brings him before this Court.

**Life since his 2023 arrest**

Carlos Omar had visited his dad in prison many times as a child, so when he was initially arrested in Colombia he thought he had an idea of what awaited him. But nothing could have prepared him for what he encountered in the Colombian jails where he was held. After his arrest, he remembers being taken to the Martires jail in Bogota, where he was given little more than tea, coffee, and bread and where he lost 32 pounds in one month.

In the second month, he was taken to the infamous La Picota jail, where he shared a cell with five other people and was locked in with them for 12 hours a day. There were rats in the unit, as well as rumors that an inmate's recent death was caused by a rodent virus. A 2024 complaint presented by 78 inmates[12] housed in La Picota details conditions of overcrowding and scarce access to medications and health services. These problems go back decades, as reported in a news story[13] describing horrendous health and confinement conditions similar to what Carlos Omar lived through at La Picota from 2023 to 2024.

But what hurt the most was the separation from his family. He was allowed two calls a month; the family was in Mexico and they could not afford to visit him in Colombia. Despite these challenges he stayed out of trouble, with jail records[14] from La Picota showing that his behavior was "good" during the periodic evaluations he underwent.

Meanwhile, back in Mexico, Jacqueline and the kids were reeling from Carlos Omar's arrest. Abdiel, her son with Carlos Omar, stopped talking much after his dad stopped coming home. His teachers noticed right away that he was becoming increasingly withdrawn. A school report[15] covering the 2024 academic year stated that then-5-year-old Abdiel displayed "significant delay in expressive language development within the school

---

[12] *See* Mitigation Exhibit 3 – complaint filed by La Picota inmates citing overcrowding, unhealthy living conditions and poor medical care during the time that Carlos Omar was housed there.

[13] See Ellie Mae Hagan, *Human rights in Colombia: how bad do things have to get?* The Guardian (August 29, 2013), *available at* https://www.theguardian.com/commentisfree/2013/aug/29/colombia-human-rights-huber-ballesteros

[14] See Mitigation Exhibit 4 - Records from La Picota jail in Colombia showing that Carlos Omar's conduct while in custody was consistently rated as "Good."

[15] See Mitigation Exhibit 5 – 2024-2025 academic year report by the school attended by Carlos Omar's now six-year-old son Abdiel, detailing his frequent crying spells, delays in language development and selective mutism.

setting and difficulties with socio-emotional adaptation, showing signs of selective mutism[,]" a debilitating and complex anxiety disorder[16].

In early 2024, Carlos Omar was extradited to the United States, and he has been housed at the Essex County Jail since. While there, he has managed to get jobs in the laundry and in the kitchen despite not speaking the language (records requested). He has also taken courses[17] in everything from small business administration to budgeting, hoping that these skills will be useful after his release. This same spirit of hard work and self-improvement was on display before his involvement in this case interrupted his dreams.

**Conclusion**

Carlos Omar Félix Gutiérrez's life story is one shaped from childhood by forces largely outside his control: a father imprisoned and later murdered, grinding rural poverty, a brother's near-blinding illness, repeated housing instability, and a community consumed by cartel violence. By his early twenties, in the middle of the pandemic, he was the sole means of support for a large household, a level of responsibility that would strain anyone, let alone someone who had never had the chance to be a child free of adult burdens. It was in this context that he made the decision that brought him before this Court — a decision for which he has expressed genuine remorse. His hope is to reunite with his family in Mexico while his children are still young so he can be there to guide them and ensure they never make the same mistakes that he made.

---

[16] *See* Elisa Shipon-Blum, *What is selective mutism?* Selective Mutism Center website, *available at* https://selectivemutismcenter.org/what-is-selective-mutism/

[17] *See* Mitigation Exhibit 6 – certificates from educational courses at the Essex County Correctional Facility