**MITIGATION EXHIBITS**

Carlos Omar Felix Gutierrez

**Mitigation Exhibit 1** – earnings report from the Mexican Institute of Social Security (IMSS) showing that between December 2020 and March 2023, Carlos Omar was continuously employed. The report shows that during this time period, Carlos Omar had three jobs and earned between $8.60 (150 Mexican pesos) and $20.19 (352 Mexican pesos) per day.

**ENGLISH TRANSLATION**

**Mexican Social Security Institute (IMSS)**
**Certificate of Weeks Contributed to IMSS**
**Your Contribution Weeks Summary**
**Insured Person:** CARLOS OMAR FELIX GUTIERREZ
**Social Security Number (NSS):** [redacted]
**CURP:** FEGC001121HSLLTRA0
**Report Issue Date:** March 30, 2023
**Total Weeks Contributed: 72**

- Reinstated Weeks (+): 0
- Deducted Weeks (-): 0

**Your Employment History**

**State:** Baja California

- **Employer:** AXP LOGISTICS DE MEXICO
- **Employer Registration Number:** A054142510
- **Date Hired:** February 14, 2023
- **Termination Date:** (Currently employed)

**Daily Base Salary for Social Security Contributions: $327.82 MXN**
*This amount represents the employee's most recent daily contribution salary.*

**State:** Sinaloa

- **Employer:** KALIROY
- **Employer Registration Number:** Z331260010
- **Date Hired:** May 11, 2022
- **Date Employment Ended:** January 31, 2023

**Daily Base Salary for Social Security Contributions: $352.50 MXN**

**Previous Employment**
**State:** Sinaloa

- **Employer:** DAVID INZUNZA CABRERA
- **Employer Registration Number:** E496556810
- **Date Hired:** December 1, 2020
- **Date Employment Ended:** June 12, 2021

**Daily Base Salary for Social Security Contributions: $150.00 MXN**

**SCREENSHOT OF SPANISH-LANGUAGE DOCUMENT**

gob.mx

Instituto Mexicano del Seguro Social

Constancia de Semanas Cotizadas en el IMSS

Estimado(a),
FELIX [redacted]Z CARLOS OMAR
NSS: [redacted]
CURP: FEGC001121HSLLTRA0

| Fecha de emisión del reporte |
|---|
| 30 / 03 / 2023 (DD MM YYYY) |
| Total de semanas cotizadas |
| 72 |

| Tu detalle de semanas cotizadas | | |
|---|---|---|
| Semanas cotizadas IMSS | Semanas Descontadas (por disposición de recursos) (-) | Semanas Reintegradas (+) |
| 72 | 0 | 0 |

Tu historia laboral

| | | | | | | |
|---|---|---|---|---|---|---|
| Nombre del patrón | AXP LOGISTICS DE MEXICO | | | | | |
| Registro Patronal | A054142510 | | | | | |
| Entidad federativa | BAJA CALIFORNIA | | | | | |
| Fecha de alta | 14/02/2023 | Fecha de baja | Vigente | Salario Base de Cotización */ | $ 327.82 |

/* Valor del último salario base de cotización diario en pesos.

| | |
|---|---|
| Nombre del patrón | KALIROY |

GOBIERNO DE MÉXICO CONAMER IMSS

Contacto:
Paseo de la Reforma 476, P.B.
Col. Juárez, Cuauhtémoc
C.P. 06600, Ciudad de México
Tel. 01 800 623 23 23
http://atencion.contactoimss.com.mx

Página 1 de 3

gob.mx

Instituto Mexicano del Seguro Social

| | | | | | |
|---|---|---|---|---|---|
| Nombre del patrón | DAVID INZUNZA CABRERA | | | | |
| Registro Patronal | E496556810 | | | | |
| Entidad federativa | SINALOA | | | | |
| Fecha de alta | 01/12/2020 | Fecha de baja | 12/06/2021 | Salario Base de Cotización */ | $ 150.0 |

/* Valor del último salario base de cotización diario en pesos.

**Exhibit 2 –** Elementary school certificate showing that Carlos Omar's final grade average was 7.6 (out of 10).



SEP

SECRETARÍA DE EDUCACIÓN PÚBLICA

SISTEMA EDUCATIVO NACIONAL

CERTIFICADO DE EDUCACIÓN PRIMARIA

SECRETARÍA DE EDUCACIÓN EN EL ESTADO DE DURANGO

LA DIRECCIÓN DE LA ESCUELA

FRANCISCO VILLA

CLAVE DE CENTRO DE TRABAJO 10DPR1762Q

CERTIFICA QUE

CARLOS OMAR FELIX GUTIERREZ

CON CLAVE ÚNICA DE REGISTRO DE POBLACIÓN (CURP) FEGC001121HSLLTRA0

CURSÓ Y ACREDITÓ LA EDUCACIÓN PRIMARIA

CON EL PROMEDIO DE CALIFICACIONES QUE SE INDICA, DE CONFORMIDAD AL PLAN Y PROGRAMAS DE ESTUDIO VIGENTES, SEGÚN CONSTANCIAS QUE OBRAN EN EL ARCHIVO DE CONTROL ESCOLAR

PROMEDIO FINAL: 7.6 SIETE PUNTO SEIS

SISTEMA EDUCATIVO NACIONAL DURANGO

**Mitigation Exhibit 3 –** Complaint filed by 78 inmates housed at La Picota jail in Colombia

**ENGLISH TRANSLATION**

**OFFICE OF THE ATTORNEY GENERAL OF COLOMBIA (Fiscalía General de la Nación)**

**When replying, please refer to File No. 20241700078631**
**September 19, 2024**
**Page 1 of 1**

Bogotá, D.C.

**Colonel**
**DANIEL FERNANDO GUTIÉRREZ ROJAS**
Director General
National Penitentiary and Prison Institute (INPEC)
Bogotá, D.C.

**Subject:** Forwarding of Petition Regarding the Health Conditions of Inmates

Dear Director:

I respectfully forward, for the purposes within your authority, the complaint submitted by **78 individuals deprived of their liberty** who are currently housed at the **High-, Medium-, and Minimum-Security Penitentiary and Prison Complex of Bogotá**. In their petition, they request that adequate health care services be provided, including general medical care, specialist consultations, the supply of medications, and the performance of necessary medical procedures, among other services.

The individuals who signed the above-mentioned communication state that laboratory tests and radiological examinations are not being provided to them in a timely manner. They also report that they are not permitted to receive medications that have been purchased with their own personal funds.

Accordingly, I respectfully request that, with respect to the individuals sought for extradition, all measures within your authority be taken to guarantee the petitioners' rights to health, life, and human dignity, and that the deficiencies described in the aforementioned petition be corrected.

Sincerely,

**LILIANA ROMERO TOVAR**
Acting Director of International Affairs

**Cc:** sindicadospas8@gmail.com

**Attachment:** As indicated
**Prepared by:** GGE
**Reviewed by:** JMPC

**Directorate of International Affairs**
Office of the Attorney General of Colombia

Bogotá, D.C., Colombia
Postal Code: 111321
Telephone: +57 (601) 570 2008

**SCREENSHOT OF SPANISH-LANGUAGE DOCUMENT**

FISCALÍA
GENERAL DE LA NACIÓN

**Al contestar hacer referencia al Radicado No. 20241700078631**
**19/09/2024**
**Página 1 de 1**

Bogotá, D.C.

Coronel
**DANIEL FERNANDO GUTIÉRREZ ROJAS**
Director General
Instituto Nacional Penitenciario y Carcelario
Bogotá D.C.

Asunto: Traslado Derecho de Petición sobre condiciones de salud de reclusos

Señor Director:

De manera atenta, me permito dar traslado, para los fines de su competencia, de la petición presentada por 78 personas privadas de la libertad actualmente en la instalaciones del Centro Penitenciario y Carcelario de Alta, Media y Mínima Seguridad de Bogotá, en el cual requieren que se ordene la prestación de servicios de salud óptimos, como medicina general, especialistas, suministro de medicamentos y práctica de procedimientos necesarios, entre otros.

Las personas que suscribieron la mencionada comunicación manifiestan que no se entregan a tiempo los exámenes de laboratorio y las radiografías que se les practican y que, adicionalmente, no se les permite el ingreso de medicamentos que son adquiridos por sus propios medios.

Por lo anterior, respetuosamente, me permito solicitar, en relación con las personas requeridas en extradición, que se tomen todas las medidas de su competencia, con el fin de garantizar el acceso al derecho a la salud, a la vida y a la dignidad humana de los peticionarios y, en consecuencia, se subsanen las anomalías descritas en el mencionado escrito.

Cordialmente,

**LILIANA ROMERO TOVAR**
Directora de Asuntos Internacionales (E)

C. C. sindicadospas8@gmail.com
Anexo: Lo anunciado
Proyectó: GGE Revisó: JMPC

DIRECCIÓN DE ASUNTOS INTERNACIONALES
AVENIDA CALLE 24 No. 52 - 01 EDIFICIO GUSTAVO DE GREIFF PISO 4, BOGOTA D.C CÓDIGO POSTAL 111321
TEL. DIRECTO 5702008 - CONMUTADORES: 5803814 - 5702000 EXTS. 13372-13366-13354-13371-13053
www.fiscalia.gov.co d.asuntosinternacionales@fiscalia.gov.co

**Mitigation Exhibit 3 – Complaint filed by 78 La Picota inmates (cont'd)**

**ENGLISH TRANSLATION**

Bogotá D.C., September 18, 2024. To: The Health Office and the National Health Fund for Persons Deprived of Liberty (PPL), Metropolitan Penitentiary Complex — La Picota. Subject: Right of Petition — Request for general medical and specialist procedures, surgical interventions, and medication supplies (various medical diagnoses). We, the undersigned persons deprived of liberty—adults residing and domiciled at the Bogotá Metropolitan Penitentiary Complex (La Picota)—hereby invoke the Right of Petition enshrined in Article 23 of the Constitution and Articles 5 et seq. of the Code of Administrative Litigation. In our capacity as persons deprived of liberty (specifically as individuals awaiting trial), we respectfully request that health services be ordered—including general medicine, specialist care, and the supply of medications vital to our health—as well as any necessary subsequent procedures, tests, and/or specialist consultations. This request is made based on our rights as users and in light of the statement issued by the Office of the Inspector General of the Nation (Procuraduría General de la Nación) via Official Letter No. P0758 dated September 11 of this year; we reiterate that our place of residence is the Metropolitan Penitentiary Complex — La Picota. It is important to state that I am aware not only of my duties as a user of the Social Security Health System but also of the rights I possess. This position is supported by Law 65 of 1993; Law 1709 of 2014; Decree 1069 of 2015; Decree 2245 of 2015; Decree 1142 of 2016; Resolution 5159 of 2015; Resolution 3595 of 2016; Judgment T-044-19; Law 100 of 1993 (Social Security System in Colombia); Law 1122 of 2007 (Articles 16 and 23); Law 1438 of 2011 (Articles 53 and 121); Article 10 of Decree 1757 of August 3, 1994; and Decree 1616 of 1995, among others. It must be noted that, to date, the services provided to us are substandard: laboratory test results and X-rays are not delivered on time; we are not referred to the appropriate specialists based on general practitioner diagnoses; the necessary medications are not supplied to us; and we are denied entry to the facilities with medications we have acquired through our own means. All these irregularities—stemming from the abysmal health service provided—are causing our health to deteriorate while we are held in these facilities, representing a total failure to comply with the law and a violation of human rights. Therefore, I cannot accept claims by the Health Office that you have upheld all my rights during the time we have been held in your facilities against our will; I hold you responsible for our current health conditions and any other ailments that may afflict us as a result of your negligence. In light of the foregoing, I request that concrete and definitive action be taken regarding the aforementioned request; as this is not the first time we have demanded the provision of this service, I reiterate that we are entitled to it as a matter of right. Thank you in advance for your attention to this matter; I look forward to a positive response, which may be sent to the email address sindicadospas8@gmail.com or delivered in person at the La Picota Metropolitan Penitentiary Complex.

**SCREENSHOT OF SPANISH-LANGUAGE DOCUMENT**

Bogotá D.C. 18 de Septiembre del 2024

**SEÑORES**
**OFICINA SANIDAD Y FONDO NACIONAL DE SALUD PPL**
**COMPLEJO PENITENCIARIO METROPOLITANO – LA PICOTA**

**Asunto: Derecho de Petición.- Solicitud de Realización de procedimientos médico general y especialista, quirúrgicos y suministros de medicamentos (Diagnostico medico varios).**

**Nosotros los Privados de la libertad,** identificados como aparece el pie de nuestros nombres mayores de edad, residentes y domiciliados en el Complejo Penitenciario Metropolitano Bogotá – La Picota, por medio del presente escrito, invocando el Derecho de Petición consagrado en el Artículo 23 de la Carta Política y Artículos 5 y ss. Del Código Contencioso Administrativo, solicitamos y respetuosamente en calidad de persona privada de la libertad en nuestra condición de sindicados, se ordene la prestación de servicios de salud tales como medicina general y especialistas como el suministro de medicamentos vitales para nuestra salud, en los casos de ser necesario la práctica de todos los procedimientos, exámenes y/o consultas especializadas posteriores si a ello hubiere lugar,., por cuanto es un derecho que tenemos como usuarios, teniendo en cuenta que la Procuraduría General de la Nación mediante oficio NoP0758 del 11 de septiembre del presente año se pronuncio al respecto, y como ya lo manifestamos, que nuestro domicilio es el Complejo Penitenciario Metropolitano – La Picota. Es importante manifestar que conozco que así como tengo deberes como usuario del Sistema de Seguridad Social en Salud, también conozco los derechos que poseo.

Lo anterior soportado en la ley 65 de 1993; Ley 1709 de 2014; Decreto 1069 de 2015; Decreto 2245 de 2015; Decreto 1142 de 2016; Resolución 5159 de 2015; Resolución 3595 de 2016; Sentencia T-044-19; Ley 100 de 1993 Sistema de Seguridad Social en Colombia, Ley 1122 de 2007 - artículos 16 y artículo 23; Ley 1438 de 2011 –artículos 53 y 121; artículo 10 Decreto 1757 del 3 de agosto de 1994; Decreto 1616 de 1995, entre otros.

Es de precisar que a la fecha los servicios que se nos prestan no son optimos, como los exámenes de laboratorios y radiografías que se nos prestan no son entregados a tiempo, tampoco somos remitidos con especialista respectivo teniendo en cuenta diagnostico del medico general, tampoco se nos suministran los medicamentos respectivos, como tampoco se nos permite el ingreso a las instalaciones cuando los adquirimos por nuestros propios medios, toda estas irregularidades causan que nuestra salud se esten desmejorando en estas instalaciones por el pésimo servicio de salud que se nos presta en estas instalaciones, incumpliendo totalmente por lo ordenado por la Ley y vulnerando los derechos humanos.

Por lo tanto no puedo aceptar que ustedes la Oficina de Sanidad aseguren que han sido garantes de todos mis derechos durante el tiempo que hemos estado en contra de nuestra voluntad en sus instalaciones, los hago responsable de nuestras condiciones de salud actual y demás que nos puedan aquejar por su negligencia.

Por lo anteriormente expuesto solicito se dé trámite concreta y definitiva a la solicitud antes enunciada, ya que no es la primera vez que exigimos se nos cumpla con este servicio, por lo tanto reitero es un derecho que nos asiste.

Agradezco de antemano su atención, en espera de una respuesta positiva, la cual pueden allegar al correo electrónico sindicadospas8@gmail.com y personalmente en el Complejo Penitenciario Metropolitano – La Picota.

**Mitigation Exhibit 4 –** Records from La Picota jail in Colombia showing that Carlos Omar's conduct while in custody was consistently rated as "Good."

**SCREENSHOT OF SPANISH-LANGUAGE DOCUMENT (please see translation below)**

VI. CALIFICACIONES DE CONDUCTA

RP_CARTILLA_BIOGRAFICA Página 1 de 2

USUARIO: JC1110498217

INPEC

COMPLEJO CARCELARIO Y PENITENCIARIO BOGOTA - REGIONAL CENTRAL

Fecha generación: 06/07/2026 11:29 AM

CARTILLA BIOGRÁFICA DEL INTERNO

N.U 1170107 Apellidos y Nombres: FELIX GUTIERREZ CARLOS OMAR * Identificado Plenamente: NO

| No.Acta | Fecha | Evaluación desde | Evaluación hasta | Calificación | Observaciones |
|---|---|---|---|---|---|
| 113-0001 | 11/01/2024 | 04/10/2023 | 03/01/2024 | Buena | |
| 113-0073 | 05/10/2023 | 04/07/2023 | 03/10/2023 | Buena | |
| 113-0049 | 06/07/2023 | 04/04/2023 | 03/07/2023 | Buena | |

**ENGLISH TRANSLATION**

INPEC
BOGOTÁ CORRECTIONAL AND PENITENTIARY COMPLEX – CENTRAL REGION

VI. BEHAVIOR RATINGS

RP_BIOGRAPHICAL_RECORD — Page 1 of 2
USER: JC1110498217

INMATE BIOGRAPHICAL RECORD

Generation date: 06/07/2026 11:29 AM

N.U. 1170107 Last Names and First Names: FELIX GUTIERREZ CARLOS OMAR *Fully Identified: NO

| Record No. | Date | Evaluation From | Evaluation To | Rating | Observations |
|---|---|---|---|---|---|
| 113-0001 | 11/01/2024 | 04/10/2023 | 03/01/2024 | **Good** | |
| 113-0079 | 05/10/2023 | 04/07/2023 | 03/10/2023 | **Good** | |
| 113-0049 | 06/07/2023 | 04/04/2023 | 03/07/2023 | **Good** | |

**Mitigation Exhibit 5 –** 2024-2025 academic year report by the school attended by Carlos Omar's now six-year-old son Abdiel, detailing his frequent crying spells, delays in language development and selective mutism.

**SCHOOL REPORT**

**STUDENT'S NAME:** [redacted] ABDIEL [redacted] **SCHOOL YEAR:** 2024-2025

**PRESCHOOL:** [redacted]RO **GROUP:** 3-A

**Socioemotional Area**
During his time in the classroom, the student appears visibly insecure in group dynamics and activity changes. He frequently cries constantly, especially when separating from family members at drop-off, when faced with new instructions, or when he feels observed. He requires individual accompaniment and continuous emotional containment in order to stay in the classroom and self-regulate. He tolerates short periods of independent work.

**Language and Communication Area**
In the school context, his oral language is not functional for communicative purposes. He does not respond verbally to questions or initiate dialogue with teachers or peers. He expresses basic needs through gestures and pointing: he pulls the teacher's hand, points to objects, or approaches what he wants. However, according to the mother's report, he does use oral language at home with immediate family members such as mother, grandmother, and brother, which suggests possible selective mutism.

**Social Area**
He does not socialize spontaneously with his peers. He remains a peripheral observer during free play. He does not integrate into teams or seek interaction, although he tolerates the closeness of other children without showing aggression. His engagement with adults is limited to when he seeks to satisfy a need.

**Cognitive and Classroom Work Area**
Despite communicative barriers, he follows simple oral instructions and carries out proposed activities. He relies mainly on attentive listening and imitation of models: he observes what his classmates do and reproduces it. He completes coloring, pasting, and tracing work when instructions are clear, concrete, and supported visually. His attention is focused for short periods if the activity is of interest to him.

**Initial Conclusion**
The student presents characteristics consistent with a significant delay in expressive language development in the school setting, along with difficulties in socioemotional adaptation, and indicators of selective mutism given the home-school contrast. His strengths are observed in comprehension of instructions and following directions via auditory and visual means.

**Recommendations:**

1. Referral to USAER services and/or evaluation by a language and psychology specialist.
2. Implement an augmentative communication system in the classroom: pictograms to express needs.
3. Assign a "peer buddy" and anticipate routines with visual support to reduce anxiety.
4. Establish close communication with the family to align home-school

**INFORME ESCOLAR**

**NOMBRE DEL ALUMNO:** [redacted] ABDIEL [redacted] **CICLO ESCOLAR:** 2024-2025

**JARDIN DE NIÑOS:** A[redacted]RO **GRUPO:** 3-A

**Área Socioemocional**
Durante su estancia en el aula, el alumno se muestra visiblemente inseguro ante las dinámicas grupales y los cambios de actividad. Es frecuente que presente llanto constante, principalmente al separarse de figuras familiares en la entrada, ante consignas nuevas o cuando se siente observado. Requiere acompañamiento individual y contención emocional continua para permanecer en el aula y regularse. Tolera periodos cortos de trabajo autónomo.

**Área de Lenguaje y Comunicación**
En el contexto escolar, su lenguaje oral es nulo para fines comunicativos. No responde verbalmente a preguntas ni inicia diálogos con docentes o pares. Expresa necesidades básicas a través de señas, gestos y señalamiento: jala la mano de la educadora, señala objetos o se acerca a lo que desea. Sin embargo, según reporte de la madre, sí utiliza lenguaje oral en casa con familiares directos como mamá, abuela y hermano, lo que sugiere un posible mutismo selectivo.

**Área Social**
No socializa de forma espontánea con sus pares. Permanece como observador periférico durante el juego libre. No se integra a equipos ni busca la interacción, aunque tolera la cercanía de otros niños sin mostrar agresión. Su vínculo se limita a los adultos del aula cuando busca satisfacer una necesidad.

**Área Cognitiva y de Trabajo en Aula**
A pesar de las barreras comunicativas, sigue consignas orales simples y realiza las actividades propuestas. Se apoya principalmente en la escucha atenta y la imitación de modelos: observa lo que hacen sus compañeros o la maestra y lo reproduce. Logra terminar trabajos de coloreado, pegado y trazo cuando la instrucción es clara, concreta y con apoyo visual. Su atención es focalizada por periodos cortos si la actividad es de su interés.

**Conclusión Inicial**
El alumno presenta características compatibles con un retraso significativo en el desarrollo del lenguaje expresivo en el ámbito escolar y dificultades en la adaptación socioemocional, con indicios de mutismo selectivo por el contraste casa-escuela. Sus fortalezas se observan en la comprensión de consignas y seguimiento de instrucciones por vía auditiva y visual.

**Recomendaciones:**
1. Canalización al servicio de USAER y/o valoración por especialista en lenguaje y psicología.
2. Implementar sistema de comunicación aumentativa en el aula: pictogramas para expresar necesidades.
3. Asignar un "tutor par" y anticipar rutinas con apoyo visual para reducir ansiedad.
4. Establecer comunicación estrecha con familia para alinear estrategias casa-escuela.

**Mitigation Exhibit 6** – some of the certificates that Carlos Omar has received through programs at the Essex County Correctional Facility

CYPHERWORX

Certifies that

Carlos Gutierrez

has successfully completed

Beginning a New Career

on

May 25, 2024

CEUs Earned: 0.05

Clock Hours: 0.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORATION CYPHERWORX

ACCREDITED IA

CYPHERWORX

Certifies that

Carlos Gutierrez

has successfully completed

Budgeting: Budgeting Fundamentals

on

May 26, 2024

CEUs Earned: 0.13

Clock Hours: 1.33

ent & CEO,
nc.

COLLABORATION CYPHERWORX

IACET PROVIDER

CYPHERWORX

Certifies that

Carlos Gutierrez

has successfully completed

Becoming Tech Savvy

on

May 17, 2024

CEUs Earned: 0.15

Clock Hours: 1.50

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORATION CYPHERWORX

IACET

**Letters to the Court**

**Letter from Carlos Omar's mother**

Honorable Judge,

Through this letter, I address you with all due respect in my capacity as the mother of Carlos Omar Felix. This letter is to express my feelings and to be able to speak to you about my son, requesting your consideration and clemency at the time of determining his legal situation. I have known Omar since the day of his birth, and I can tell you that he was always a very calm child, very respectful toward his elders, very beloved by everyone because he was the first child, the first grandchild. In school he was very well-liked by his teachers and classmates; he was always very participative in school events.

Now that he is grown, I can also tell you he has always been a very hardworking, respectful man, dedicated to his family, always attentive to his son and his wife, to his younger siblings. He has been of great support for his siblings; he is the main support of his household. Therefore, he is greatly missed; he has always been very dedicated to his work.

I fully acknowledge the seriousness of the facts he is accused of, but I am certain that he accepts his responsibility, and I know from experience that things are not easy. I, as his mother, commit to giving him all my unconditional support — emotional, moral, and financial — while he complies with the dispositions [of the court], and so that he can reintegrate adequately into society. I commit to integrating him myself into the company where I work, so that he can have a steady salary and secure employment. I thank you in advance for the time dedicated. Regards.

Silvia Gutierrez Zamarrón. Cd. Chihuahua

Honorable Juez
Por medio de la presente, me dirijo a usted con el debido respeto en mi calidad de madre de Carlos Omar Felix. Esta carta es para expresar mi sentir y poder hablarle de mi hijo Solicitando su consideracion y clemencia al momento de determinar su situaciòn legal. Conozco a Omar desde el dia de su nacimiento y puedo decirle que siempre fue un niño muy tranquilo muy respetuoso con sus mayores, muy querido por todos por que fue el primer hijo, primer nieto, en la escuela muy querido por sus maestros y compañeros siempre fue muy participativo en eventos escolares.

Ahora de grande tambien puedo decirle siempre ha sido un hombre muy trabajador, respetuoso y dedicado a su Familia, siempre al pendiente de su hijo y su esposa, de sus hermanos mas pequeños, el a sido de gran apollo para sus hermanos. El es el sustento de su hogar por lo tanto les hace mucha falta, siempre muy dedicado en su trabajo.
Reconozco plenamente la gravedad de los hechos que se le acusan, pero estoy segura que asume su responsabilidad y se que de esta experiencia aprendio que las cosas no son Faciles, yo como madre me comprometo a brindarle todo mi apollo incondicional, emocional y moral y economico mientras el cumpla con las dispociones y que el se integre adecuadamente ala sociedad me comprometo que yo misma lo puedo integrar en la empresa que yo trabajo para que tenga un sueldo y trabajo seguro. Agradezco de antemano el tiempo dedicado. Saludos
Silvia Gutierrez Zamarron CD. Chihuahua

**Letter from childhood teacher**

Todos Santos, Tamazula, Durango

Monday, June 15, 2026
The Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York

Dear Honorable Judge Failla:
With the utmost respect, I write to you and to the honorable office you represent for the sole purpose of speaking on behalf of Carlos Omar Felix Gutierrez.

I am currently a teacher in a rural community in the municipality of Tamazula, in the state of Durango, Mexico. Although I am not originally from this community, I spend most of my time here with my family because my permanent residence is located far away.

I came to know Carlos Omar during his childhood and youth as a student at our educational institution. Therefore, I can honestly say that he has always been a person of strong principles and well-established values. He has a serious character, yet he is friendly and supportive toward his classmates and other members of the community. He was always well-behaved and respectful toward his teachers.

For these reasons, I respectfully ask that Your Honor take these considerations into account and show mercy regarding the violations of the law that have occurred.

Having nothing further to add, I conclude by extending my respectful greetings and best wishes for success in your daily responsibilities.

I remain,

Respectfully yours,

Prof. Eligio Ortega Alvarado
*(Signature)*

Todos Santos, Tamazula Durango, lunes 15 de junio de 2026

Honorable Juez Katherine Polk Failla

Tribunal de Distrito de los EEUU

Distrito Sur de Nueva York

De la manera mas atenta y respetuosa, me dirijo a usted y al cargo que honorablemente representa, con el único fin de hacer referencia a CARLOS OMAR FELIX GUTIERRE. En la actualidad soy maestro en una comunidad rural del municipio de Tamazula en el estado de Durango México, aunque no soy originario de la comunidad, prácticamente la mayor parte del tiempo me la paso en la misma en compañía de mi familia por motivo de que mi lugar de residencia se encuentra muy lejos. Conocí a Carlos Omar en su niñez y juventud como alumno de nuestra institución educativa, por lo que puedo decir que siempre fue una persona con principios y valores bien cimentados, de carácter serio, pero amigable y solidario con sus compañeros y demás miembros de la comunidad, siempre bien portado y respetuoso hacia sus maestros, por lo que de manera personal, solicito a su investidura se tomen en cuenta las consideraciones correspondientes y tenga misericordia sobre la faltas a la ley que se han tenido.

No hablendo mas asunto que manifestar, me despido reiterando saludos y reconocimientos, además de éxito en sus actividades diarias, quedo ante usted su atento servidor.

Prof. Eligio ortega Alvarado

**Letter from secondary school teacher**

June 17, 2026

Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
NY, NY 10007

**United States v. Carlos Omar Felix Gutierrez**

First of all, I send you a cordial greeting. My name is Oscar Omar Dorel Argomedo, a teacher by profession. I would like to mention that years ago I was Carlos Omar's teacher during his secondary school (junior high) years. I want to mention that during his time in secondary school, Carlos Omar was a young man of good values; for this reason he was an outstanding student with respect to his character and how he got along with his classmates. He was a boy from the countryside who helped his family with farm work and with the livestock. He was always very friendly, empathetic with other people.

Personally, I can point out that Carlos Omar is and will be a good person for society and his family, in addition to how empathetic he was. I can point out that he comes from a good, understanding family, humane with all people. As it happens, Carlos Omar lost his father at a young age, and that did not change his character — he continued to be strong and friendly, in addition to being a hard worker for the family that he formed.

As Carlos Omar's teacher, I can only mention and reiterate that he was always a good student, and know that as an adult he continues to be the same person I knew back then.

[signature]

Oscar Omar Dorel Argomedo

17 de Junio del 2026

Honorable juez Katherine Polk Failla
Tribunal de distrito de los EEUU
Distrito sur de Nueva York
40 Foley Square
Ny, Ny 10007

Estados Unidos V. Carlos Omar Felix Gutierrez

Primero que nada enviarle un cordial saludo, mi nombre es Oscar Omar Dorel Argomedo, Profesor de profesión, mencionar que años atras fuí el profesor de Carlos Omar en su etapa de Secundaria, quiero mencionar que Carlos Omar en su trayecto de la secundaria, fue un joven de buenos valores, esto por lo que fue un alumno destacado con respecto a su forma de ser y llevar con sus demas compañeros, Fue un niño de campo de le ayudaba a sus familia en el campo y con el ganado. Siempre muy amigable, empático con los demás personas.

En lo personal puedo destacar que Carlos Omar es y sera una buena persona para la sociedad y su familia, además lo empatico que fue.
Puedo destacar que proviene de una buena familia comprensiva, y humanitaria con todas las personas.
Dentro de lo que cabe Carlos Omar perdio a su padre a temprana edad, que eso no hizo cambiar de forma de ser, siguió siendo fuerte y amigable ademas de trabajador para su familia que el formo.
Como Profesor de carlos Omar, solo me queda mencionar y reiterar que simpre fue un buen alumno, y saber que de adulto sigue siendo la misma persona que conoci en aquel entonces.

Oscar Omar Dorel Argomedo

**Letter from maternal uncle**

In the most respectful manner I address you, with the sole purpose of making reference to the case of Omar Felix Gutierrez. I am his uncle, and for this reason I have known him his entire life, and he was always a calm, respectful person. I can assure you that he was raised with very good values; he learned to work honestly and to support his family.

For this reason, in the most respectful manner, I ask that the corresponding considerations be taken into account and that mercy be shown regarding the offenses against the law that have been committed.

Having nothing more to state, I take my leave, sending greetings on behalf of Carlos Omar's whole family, and wishing him success in all his endeavors.

Erick Eduardo G.Z.

De la manera mas atenta me dirijo a usted
Con el unico Fin de hacer referencia al
caso de Omar Felix Gutierrez, Soy su tio
Por lo cual lo conozco de toda la Vida
y siempre Fue una Persona tranquila, respetuoso.
Puedo asegurarle que Fue criado con muy
buenos Valores, aprendio a trabajar honradame
y sacar adelante a su Familia, Por lo que de
la manera mas atenta le Pido se tomen en
cuenta las Consideraciones correspondientes
y tenga misericordia sobre las Faltas a la le
que se han cometido. No teniendo mas que
manifestar me despido enviandole saludos
de Parte de toda la Familia de Carlos
Omar y deseandole exito en todas sus
actividades..

Erick Eduardo
G.Z

**Letter from maternal aunt**

In the most respectful and attentive manner, I address you and the office you honorably represent, with the sole purpose of making reference to Carlos Omar Felix Gutierrez. I am his aunt Jazmin; I live in the city of Guerrero, Chihuahua, though I am originally from Parral. We are the same age, which allowed us to spend a great deal of time together. Carlos Omar was always a person with values, educated and affectionate with me. We spent time together because we studied together in preparatoria (high school); he was always respectful, well-mannered, and educated with teachers and classmates, and above all with our maternal grandparents, always grateful for everything. For this reason, personally, I ask that Your Honor take into account the corresponding considerations and show mercy regarding the offenses against the law that have occurred. Having nothing more to state, I take my leave, reiterating my greetings and wishing him success in his endeavors.

De la manera más atenta y respetuosa, me dirijo a usted y al cargo honorablemente representa, con el unico fin de hacer referencia a Carlos Omar Felix Gutierrez. Soy su tia Jazmin vivo en la Ciudad de Guerrero Chihuahua, pero originaria de Parral. Somos de la misma edad lo cual es lo que nos permitio convivir mucho juntos Carlos Omar siempre fue una persona con valores, educado y cariñoso conmigo. Vivimos tiempo juntos porque estudiavamos juntos en la preparatoria, siempre fue respetuoso, amable y educado con maestros y compañeros. y sobre todo con los abuelos maternos, siempre fue agradecido con todo. por lo que de manera personal, solicito a su investidura se tomen en cuenta las consideraciones correspondientes y tenga misericordia sobre las faltas a la ley que se han tenido. No habiendo más que manifestar, me despido reinterando saludos, exito en sus actividades.

**Letter from family friend**

Todos Santos, Tamazula, Durango, Monday, June 17, 2026

Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York

Through this document, and with much respect, I would first like to mention that I have resided in the above-mentione community for approximately 27 years; I am married, a homemaker, and we devote ourselves to growing corn and beans, as well as tending to the livestock we have in the family.

As for Carlos Omar Felix Gutierrez, I have known him since he was born; he lived and was raised mainly by his paternal grandparents, whom, when his age allowed, he helped with planting the land and tending to the livestock belonging to them, as well as feeding the chickens and the pigs. He was always a very well-behaved and friendly child with others, always respectful toward older people; as a young man as well, we never had any complaint about the way he behaved, so I can say that he always practiced the good values that his family instilled in him.

This is why I ask that this reference be taken into account and that compassion be shown to him for the offense committed.

I thank you for the attention given to what I have expressed here, a take this opportunity to greet you and wish you all the best always.

C. Justina Nuñez Teran

[signature: Justina Nuñez T.]

Todos Santos, Tamazula Durango, lunes 17 de junio de 2026

**Honorable Juez Katherine Polk Failla**
**Tribunal de Distrito de los EEUU**
**Distrito Sur de Nueva York**

Por medio del presente documento, y con mucho respeto quiero comentar primeramente que resido en la comunidad arriba mencionada desde hace 27 años aproximadamente, casada, ama de casa, nos dedicamos a la siembra de maiz y frijol, ademas de cuidar del ganado que tenemos en la familia. En lo que respecta a Carlos Omar Felix Gutierrez lo conoci desde que nacio, el vivio y se crio principalmente con sus abuelos paternos, a los cuales, cuando su edad le permitio, apoyaba en las siembra de la tierra y cuidando el ganado de su propiedad, ademas alimentando las gallinas y los cerdos, siempre fue un niño muy bien portado y amigable con los demas, siempre respetuoso con la gente mayor, de joven igual nunca tubimos queja de la manera de comportarse, por lo que puedo decir que siempre predico con los buenos valores que en su familia le inculcaron, por lo que pido se tome en cuenta esta referencia y tenga compasion de el por el delito cometido.

Agradezco la atencion prestada a lo que aqui expreso, y aprovecho para saludar y desear siempre lo mejor.

C. JUSTINA NUÑEZ TERAN

Justina Nuñez T.